UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERRANCE PETERSON,

    Defendant.

Case No. 3:25-cr-52

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE PARTIES' ORAL REQUEST FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING ON DEFENDANT'S MOTION TO SUPPRESS (Doc. No. 28); (2) SETTING DEFENDANT'S DEADLINE TO FILE A SUPPLEMENTAL BRIEF FOR FEBRUARY 12, 2026; (3) SETTING THE GOVERNMENT'S DEADLINE TO FILE A MEMORANDUM IN OPPOSITION FOR MARCH 12, 2026; AND (4) SETTING DEFENDANT'S DEADLINE TO FILE A REPLY MEMORANDUM FOR MARCH 26, 2026**

---

On December 17, 2025, the Court held an evidentiary hearing on Defendant's motion to suppress. AUSA Ryan Saunders appeared on behalf of the Government; attorneys Christopher Fogt and Johnna Shia appeared on behalf of Defendant; and Defendant was present throughout the hearing. During the hearing, counsel orally requested leave to file supplemental briefing. Pursuant to the record of the December 17th hearing and for good cause shown, the Court **GRANTS** the parties' oral request. Defendant shall file a supplemental brief **on or before February 12, 2026**. The Government shall file a memorandum in opposition **on or before March 12, 2026**. Defendant shall then file a reply memorandum **on or before March 26, 2026**.

    **IT IS SO ORDERED.**

   January 28, 2026                                  s/Michael J. Newman
                                                                  Hon. Michael J. Newman
                                                                  United States District Judge