UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                             Case No. 3:25-cr-52

vs.

TERRANCE PETERSON,                District Judge Michael J. Newman

     Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO MODIFY BOND CONDITIONS (Doc. No. 35); (2) PERMITTING DEFENDANT A 72-HOUR BOND MODIFICATION TO TRAVEL TO TEXAS TO PICK UP HIS DAUGHTER AND TWO  VEHICLES; (3) REQUIRING DEFENDANT TO TRAVEL TO TEXAS DURING THE MONTH OF APRIL WITH PRIOR APPROVAL BY PROBATION OFFICER MARIA VASQUEZ IN THE EASTERN DISTRICT OF OKLAHOMA; AND (4) DIRECTING DEFENSE COUNSEL TO ASSIST OFFICER VASQUEZ, IF NEEDED, TO IMPLEMENT THIS ORDER**

---

This criminal case is before the Court upon Defendant's unopposed motion to modify his bond.  Doc. No. 35.  Defendant seeks to modify his bond for a 72-hour period and permit him to travel from his current residence at 15950 South 295th East Avenue, Coweta, Oklahoma 74429 to his ex-wife's home located at 5014 Ridgehaven Drive, Houston, Texas 77053 to pick up his 14-year-old daughter.  *Id.* at PageID 233.  Defendant also seeks to drive to his friend Anthony Otey's home located at 2013 Magnolia Drive, La Marque, Texas 77568 to pick up two of his vehicles. *Id.*

On April 8, 2026, the Court held a telephone conference on Defendant's motion.  AUSA Brent Tabacchi appeared on behalf of the Government and attorneys Christopher Fogt and Johnna Shia appeared on behalf of Defendant.  Probation Officer Maria Vasquez also appeared.  During the conference, the Government and Officer Vasquez indicated that neither opposes Defendant's motion.

For good cause shown, and in the absence of opposition, the Court **GRANTS** Defendant's motion for a 72-hour bond modification. The Court **PERMITS** Defendant to travel to Texas to pick up his daughter and his two vehicles. The Court **REQUIRES** Defendant's trip to be completed during the month of April with the prior approval of Probation Officer Vasquez in the Eastern District of Oklahoma. While in Texas, Defendant shall reside at his ex-wife's home or a nearby hotel. Finally, the Court **ORDERS** defense counsel to assist Officer Vasquez, if needed, to implement this Order.

**IT IS SO ORDERED.**

April 15, 2026                                  s/*Michael J. Newman*
                                                        Hon. Michael J. Newman
                                                        United States District Judge


cc:      United States Probation Office
          Dayton, Ohio