UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No. 3: 25-cr-52

vs.

TERRANCE PETERSON,                District Judge Michael J. Newman

       Defendant.

---

**ORDER: (1) GRANTING DEFENSE COUNSEL'S UNOPPOSED, ORAL REQUEST TO TOLL THE SPEEDY TRIAL ACT DEADLINE UNTIL MAY 18, 2026; (2) TOLLING THE SPEEDY TRIAL ACT DEADLINE UNTIL MAY 18, 2026; (3) EXCLUDING THE TIME FROM MAY 11, 2026 UNTIL MAY 18, 2026 FROM THE SPEEDY TRIAL ACT CALCULATION; (4) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS JUNE 9, 2026; AND (5) SETTING A TELEPHONE STATUS CONFERENCE ON MAY 18, 2026 AT 4:30 P.M. FOR THE PURPOSE OF SCHEDULING A TRIAL DATE AND TO ADDRESS DEFENDANT'S BOND CONCERNS**

---

On May 11, 2026, the Court held a telephone status conference with the parties.  AUSA Ryan Saunders appeared on behalf of the Government, newly-appointed CJA counsel James Fleisher appeared on behalf of Defendant, and Defendant also appeared along with Pretrial Services Officer Jenna Coulombe.  During the status conference, defense counsel orally requested to toll the Speedy Trial Act deadline until May 18, 2026 and the Government indicated it did not oppose defense counsel's oral request. For the reasons discussed during the May 11th status conference, for good cause shown, and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** defense counsel's oral request and **TOLLS** the Speedy Trial Act deadline until May 18, 2026.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial.  Failure to

continue would deny both the Government and Defendant the time necessary for effective trial preparation and the ability to explore all available means of resolving this case.  *See*  18 U.S.C. § 3161(h)(7).

Consequently, the time from May 11, 2026 until May 18, 2026 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendant to trial.  Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **June 9, 2026**.[1]  The Court **SETS** a telephone conference on **May 18, 2026 at 4:30 P.M.** before Judge Newman for the purpose of scheduling a trial date and to address Defendant's bond concerns.

To join the Zoom teleconference, counsel and participants shall call 1-646-828-7666. Three steps are then needed to log into the Zoom teleconference: 1) enter the Meeting ID: 160 363 3497 and #; 2) Press # (again) to join as a participant; and 3) enter the Passcode: 098 663 and #. If you have any difficulties joining the teleconference, please call Chambers at 937-512-1640.

**IT IS SO ORDERED.**

May 12, 2026                                          s/*Michael J. Newman*
                                                     Hon. Michael J. Newman
                                                     United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.