UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

TERRANCE PETERSON,

     Defendant.

Case No. 3: 25-cr-52

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING DEFENSE COUNSEL'S UNOPPOSED, ORAL REQUEST TO TOLL THE SPEEDY TRIAL ACT FOR 90 DAYS; (2) TOLLING THE SPEEDY TRIAL ACT FOR 90 DAYS; (3) EXCLUDING THE TIME FROM MAY 18, 2026 UNTIL AUGUST 17, 2026 FROM THE SPEEDY TRIAL ACT CALCULATION; (4) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS SEPTEMBER 8, 2026; (5) GRANTING IN PART AND DENYING IN PART DEFENSE COUNSEL AND PROBATION OFFICER VASQUEZ'S JOINT REQUEST TO MODIFY DEFENDANT'S BOND; (6) MODIFYING DEFENDANT'S BOND CONDITIONS TO PERMIT HIM TO ATTEND BIBLE STUDY AND OTHER CHURCH SERVICES WITH THE PRIOR APPROVAL OF PROBATION OFFICER VASQUEZ; (7) DENYING THE JOINT REQUEST TO MODIFY HIS BOND CONDITIONS FROM HOME DETENTION TO CURFEW; AND (8) SETTING A TELEPHONE STATUS CONFERENCE ON AUGUST 17, 2026 AT 2:00 P.M. FOR THE PURPOSE OF SCHEDULING A TRIAL DATE**

---

On May 18, 2026, the Court held a telephone status conference in this felony case. AUSA Ryan Saunders appeared on behalf of the Government, newly-appointed CJA counsel James Fleisher appeared on behalf of Defendant, and Defendant also appeared along with Probation Officer Maria Vasquez. During the status conference, defense counsel orally requested to toll the Speedy Trial Act for 90 days, and the Government indicated it did not oppose defense counsel's oral request. Additionally, defense counsel and Probation Officer Vasquez jointly requested to modify Defendant's bond, and the Government opposed their request.

For the reasons discussed during the May 18th status conference, for good cause shown, and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** defense counsel's oral request to toll the Speedy Trial Act deadline and **TOLLS** the Speedy Trial Act for 90 days.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial.  Failure to continue would deny both the Government and Defendant the time necessary for effective trial preparation and the ability to explore all available means of resolving this  case.  *See*  18 U.S.C. § 3161(h)(7).

Consequently, the time from May 18, 2026 until August 17, 2026 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendant to trial.  Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **September 8, 2026**.[1]

 Additionally, for good cause shown, the Court **GRANTS IN PART AND DENIES IN PART** defense counsel and Probation Officer Vasquez's joint request to amend Defendant's bond. The Court **MODIFIES** Defendant's bond conditions to permit him to attend Bible Study and other church services with the prior approval of Probation Officer Vasquez.  The Court **DENIES** the joint request to modify his bond conditions from home detention to curfew.

The Court **SETS** a telephone conference on **August 17, 2026 at 2:00 P.M.** before Judge Newman for the purpose of scheduling a trial date.  To join the Zoom teleconference, counsel and participants shall call 1-646-828-7666.   Three steps are then needed to log into the Zoom teleconference: 1) enter the Meeting ID: 160 363 3497 and #; 2) Press # (again) to join as a

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.

participant; and 3) enter the Passcode: 098 663 and #.  If you have any difficulties joining the teleconference, please call Chambers at 937-512-1640.

**IT IS SO ORDERED.**

June 2, 2026                                    s/*Michael J. Newman*
                                               Hon. Michael J. Newman
                                               United States District Judge

3