UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:25-cr-52

vs.

TERRANCE PETERSON, District Judge Michael J. Newman

Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO CONTINUE; (2) CONTINUING THE TRIAL DATE; (3) SETTING TRIAL FOR OCTOBER 26, 2026 AT 9:30 A.M.; (4) EXCLUDING THE TIME FROM AUGUST 17, 2026 TO OCTOBER 26, 2026 FROM THE SPEEDY TRIAL ACT CALCULATION; (5) FINDING THAT THE SPEEDY TRIAL ACT DEADLINE IS NOVEMBER 17, 2026; AND (6) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY OCTOBER 16, 2026**

---

This criminal case is before the Court following a telephone conference on August 17, 2026, which was before the then-current Speedy Trial Act deadline of September 8, 2026. During the conference, the parties, through counsel, jointly moved for a continuance and requested a new trial date of October 26, 2026, so that they may adequately prepare for trial. The Court construes the motion as indicating Defendant waives his rights under the Speedy Trial Act. For good cause shown, and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the motion and **CONTINUES** the trial date.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to continue would deny both the Government and Defendant the time necessary for effective trial

preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

In accordance with the parties' joint request, the Court hereby **SETS** trial for **October 26, 2026 at 9:30 A.M.** Consequently, the time from August 17, 2026 until October 26, 2026 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendant to trial. Accounting for the time excluded from the Speedy Trial Act calculation, and the twenty-two days remaining on the Speedy Trial Act clock, the new **Speedy Trial Act deadline** in the instant case is **November 17, 2026.**[1] Finally, the Court **REQUIRES** the parties to file a joint status report by **October 16, 2026**.

**IT IS SO ORDERED.**

October 13, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.