**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-cr-00052 |
| | : | |
| Plaintiff, | : | |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| TERRANCE PETERSON, | : | |
| | : | |
| Defendant. | : | |

## ORDER REGARDING USE OF VIDEO TELECONFERENCING

Pursuant to Rule 10(c) of the Federal Rules of Criminal Procedure, the Court finds that Defendant has consented to the use of video teleconferencing to conduct the proceeding held on October 22, 2026.

Accordingly, the proceeding held on this date was conducted by video teleconference.

**IT IS SO ORDERED.**

October 22, 2026

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge